UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROBERT ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>CAL REMINGTON, et al.,<br><br>Defendants. | Case No. 17-00460 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] On August 24, 2017, the Court dismissed the first amended complaint with further leave to amend. (Docket No. 13.) Plaintiff was advised that failure to file an amended complaint within sixty days would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id. at 2.)

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 1/24/2018

EDWARD J. DAVILA
United States District Judge

---

[1] This case was reassigned to this Court on January 16, 2018. (Docket No. 14.)

P:\PRO-SE\EJD\CR.17\00460Alford_dism-ac.docx